UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
AUG 31 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) ) ) No. 4:17CR397 RWS |
| STEVEN J. HOLMAN, | ) ) |
| Defendant. | ) ) |

## MISDEMEANOR INFORMATION

### COUNT I
### (THEFT OF GOVERNMENT FUNDS)

The United States Attorney charges that:

At all times material to these charges:

On or about October 8, 2015, in the Eastern District of Missouri,

**STEVEN J. HOLMAN,**

the defendant herein, did knowingly and intentionally steal, purloin, and convert to his own use and the use others, things of value of an agency of the United States: to with funds of the United States Department of Agriculture in the amount of approximately $826.51.

All in violation of Title 18, United States Code, Section 641.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri    63102